**2009–1396.   Mays v. Cincinnati.**
Hamilton App. No. C–080827.
  PFEIFER, J., dissents.

**2009–1422.   Crosby–Edwards v. Morris.**
Franklin App. No. 09AP–152, 2009-Ohio-2994.

**2009–1424.   State v. Steward.**
Franklin App. No. 08AP–974, 2009-Ohio-2990.
  MOYER, C.J., dissents and would accept the appeal on Proposition of Law No. II.

**2009–1426.   Zagrans v. Elek.**
Lorain App. No. 08CA009472, 2009-Ohio-2942.

**2009–1429.   Chevy Chase Bank, F.S.B. v. Johnson.**
Montgomery App. No. 23185.

**2009–1430.   State v. Naugle.**
Stark App. No. 2008–CA–00190, 182 Ohio App.3d 593, 2009-Ohio-3268.

**2009–1431.   State v. Timofeev.**
Summit App. No. 24222, 2009-Ohio-3007.

**2009–1438.   State v. Robinson.**
Cuyahoga App. No. 92050, 2009-Ohio-3379.
  LANZINGER, J., dissents and would accept the appeal on Proposition of Law No. I.

**2009–1446.   State v. Cody.**
Franklin App. No. 07AP–142, 2009-Ohio-3082.

**2009–1447.   State v. Newell.**
Cuyahoga App. No. 92361, 2009-Ohio-3066.

**2009–1448.   State v. McGeary.**
Ross App. No. 08CA3063, 2009-Ohio-3175.

**2009–1450.   State v. Williams.**
Summit App. No. 24169, 2009-Ohio-3162.

**2009–1451.   Trumbull Mem. Hosp. v. Karnofel.**
Trumbull App. No. 2008–T–0115, 2009-Ohio-1488.

**2009–1453.   State v. Smith.**
Cuyahoga App. No. 93527.

**2009–1457.   McNeil v. MedCentral Health Sys.**
Richland App. No. 2008CA0104, 2009-Ohio-3389.

**2009–1459.   State v. Bevins.**
Hamilton App. No. C–081031.

**2009–1462.   State v. Morris.**
Summit App. No. 24613, 2009-Ohio-3183.

**2009–1463.   State v. Coleman.**
Allen App. No. 1–07–82.

**2009–1470.   State v. Clark.**
Mahoning App. No. 08 MA 15, 2009-Ohio-3328.

**2009–1474.   State v. Hazel.**
Franklin App. Nos. 08AP–1002 and 08AP–1003, 2009-Ohio-2144.

**2009–1477.   State v. Porterfield.**
Trumbull App. No. 2008-T-0002.